**Joshua Feinstein**
Partner
Direct Dial: 716.848.1318
jfeinste@hodgsonruss.com

# MEMO ENDORSED



February 12, 2020

**Via CM/ECF**

Hon. Gabriel W. Gorenstein
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Dear Judge Gorenstein:

    Re:    *Abraham, et al. v. Promise Home Care Agency, Inc.*
              **Case No. 18-cv-4502**

    We represent the defendant in the above action. I am writing to request that the conference scheduled in this matter for February 14, at 11:00 a.m. be adjourned until 4 p.m. and that I be allowed to participate by telephone.

    I have conferred with plaintiff's counsel, Michael Minkoff. He has no objection to the requested relief.

    Thank you for your consideration.

                      Respectfully submitted,

                      s/ Joshua Feinstein

                      Joshua Feinstein

JF/wm

Granted.

SO ORDERED. DATE: 2/12/20
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE