UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HELEN ABRAHAM and NATOYA KERDEANE SYLVESTER, on behalf of themselves, individually, and on behalf of all others similarly-situated,

                Plaintiffs,

-against-

PROMISE HOME CARE AGENCY, INC.,

                Defendant.

**Docket No.:**
**1:18-cv-4502 (GWG)**

## NOTICE OF PLAINTIFFS' CONSENT MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT, SERVICE AWARDS, AN AWARD OF ATTORNEYS' FEES AND EXPENSES, AND THE ENTRY OF FINAL JUDGMENT

PLEASE TAKE NOTICE that upon the annexed Declarations of Michael R. Minkoff, Esq. ("Minkoff Declaration") and Jennifer Mills of Rust Consulting, Inc. ("Rust"), and all exhibits annexed thereto, and the Memorandum of Law submitted herewith, and upon all prior pleadings and proceedings heretofore had herein, Named Plaintiffs Helen Abraham and Natoya Kerdeane Sylvester will move this Court for an Order:

1) Granting final approval of the Settlement Agreement, annexed as **Exhibit A** to the Minkoff Declaration;

2) Authorizing the distribution of settlement checks to all FLSA Plaintiffs who previously opted-in to this action, and to all Class Members who timely submitted a valid Claim Form and Release, representing their respective shares of the Settlement Fund;

3) Awarding Service Awards to the two Named Plaintiffs in the amount of $15,000.00 each, for a total of $30,000.00, for their service as Class Representatives;

4) Awarding attorneys' fees in the amount of $319,000.00, for legal services performed in prosecuting and settling the claims in this action, to Borrelli & Associates, P.L.L.C. as Class Counsel;

1

5) Awarding $1,855.11 for costs and out-of-pocket expenses to Class Counsel;

6) Awarding $17,770.00 for claims administration fees and costs to Rust Consulting, Inc., the court-appointed Claims Administrator in this matter;

7) Providing for the release of all claims as specified in the Settlement Agreement by all Class Members who did not properly and timely opt-out of the settlement (of whom there were only two) and who properly received notice; and

8) Dismissing this action against Defendant with prejudice, but with the Court's continued jurisdiction over the construction, interpretation, implementation, and enforcement of the Parties' settlement, as well as over the administration and distribution of the settlement fund.

Dated: New York, New York
September 29, 2020

Respectfully submitted,

BORRELLI & ASSOCIATES, P.L.L.C.
*Attorneys for Plaintiffs*
655 Third Avenue, Suite 1821
New York, New York 10017
Tel.   (212) 679-5000
Fax.   (212) 679-5005

By: _____
Michael R. Minkoff, Esq. (MM 4787)
Alexander T. Coleman, Esq. (AC 1717)
Michael J. Borrelli, Esq. (MB 8533)