UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HELEN ABRAHAM, et al.                           :

                                                            :        <u>ORDER</u>
                    Plaintiffs,

                                                          :        18 Civ. 4502 (GWG)
    -v.-

                                                           :
PROMISE HOME CARE AGENCY, Inc.
                                                           :

                  Defendant.         :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      The Fairness Hearing pursuant to Rule 23(e)(2) on the proposed Settlement Agreement previously scheduled to take place in a courtroom on Monday, November 30, 2020 at 4:00 p.m. will instead take place telephonically.  At that date and time, the parties shall dial (888) 557-8511 and use access code: 6642374.  The public may also dial in but will be permitted only to listen. The Court will record the proceeding for purposes of transcription in the event a transcript is ordered.  However, any other recording or dissemination of the proceeding in any form is forbidden.

      When addressing the Court, counsel must <u>not</u> use a speakerphone.

      The attorneys for the class are directed to use reasonable means to ensure that information on this change is made available to class members.

      SO ORDERED.

Dated: October 26, 2020
       New York, New York

                                                        _____
                                                        GABRIEL W. GORENSTEIN
                                                        United States Magistrate Judge